**Electronically Filed
Supreme Court
SCPW-20-0000404
24-JUN-2020
09:52 AM**

SCPW-20-0000404

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAWIKA JOSHUA DRUMMONDO, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 17-1-1350)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
with Wilson, J., concurring)

Upon consideration of petitioner Kawika Joshua Drummondo's "Motion to Release Non-Violent Community Custody Prisoner From Custody with Special Terms and Conditions Amid The Coronavirus COVID-19 BioTerrorism Pandemic," which was filed as a petition for writ of habeas corpus on June 1, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack